STATE OF NEW JERSEY v. FRANK FABIO.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. GERALD GLENN.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN HARRISON, JR.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN M. SCHNUR.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID EARL FLETCHER.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH TOWNSEND.

May 4, 1976. Petition for certification denied.